DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ALYETTE KELDIE,**
Appellant,

v.

**BRYAN DENNSTEDT,**
Appellee.

Nos. 4D22-486 and 4D22-734

[April 20, 2023]

Consolidated appeals from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Sarah Willis and Cheryl A. Caracuzzo, Judges; L.T. Case No. 502017DR011254XXXNB.

Nicole Nicolette Mace and Curt Sanchez of The Law Offices of Curt Sanchez, P.A., West Palm Beach, for appellant.

Jordan Gerber of The Law Office of Jordan Gerber, P.A., Boca Raton, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, GERBER and ARTAU, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***